■ In the Matter of JULIETTE WARD, Petitioner, v WILLIAM P. WARREN, Respondent. [954 NYS2d 917]

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]; *Matter of Lawtone-Bowles v New York State Family Ct. Pistol Permit Unit,* 81 AD3d 829 [2011]; *Matter of Kelly v Kelly,* 34 AD3d 809 [2006]). Dillon, J.P., Angiolillo, Austin and Sgroi, JJ., concur.